UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | Civil Action No. 14-1056 (JEB) |

### ORDER

Plaintiffs Jason Leopold and Ryan Noah Shapiro seek leave to amend their Complaint to add two additional Freedom of Information Act requests. The suit in this case was filed on June 24, 2014, and the additional requests were submitted in early September 2014. "The addition of [a] new FOIA request is plainly a supplemental pleading as defined by Federal Rule of Civil Procedure 15(d), as it 'sets forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented.'" Hall v. CIA, 437 F.3d 94, 100 (D.C. Cir. 2006). "Such supplements always require leave of the court." Id. (citation omitted).

"Delay and prejudice are . . . the matters to be addressed in considering whether to grant motions for supplemental pleadings; such motions are to be 'freely granted when doing so will promote the economic and speedy disposition of the entire controversy between the parties, will not cause undue delay or trial inconvenience, and will not prejudice the rights of any of the other parties to the action.'" Id. at 101 (quoting 6A Charles Alan Wright, *et al.*, Federal Practice and Procedure, § 1504, at 186-87 (2d ed. 1990)).

In this case, Defendant has the better of the argument since Plaintiff may concededly file a new suit, see Mot. at 3, but permitting amendment will require extensive additional processing

1

by the CIA, add a new Defendant (the Department of Justice), require its own processing of the new request, and delay the briefing of motions for summary judgment.  This is particularly so where the FOIA requests sought to be added are themselves more extensive than the original ones.  See Mot., Att. 1 (Proposed First Amended Complaint) at 4-8.

    The Court, accordingly, ORDERS that:

1. Plaintiffs' [9] Motion for Leave is DENIED; and

2. The parties shall appear for a status hearing on January 7, 2015, at 10:00 a.m.

**SO ORDERED**.

                                                     /s/ *James E. Boasberg*
                                                   JAMES E. BOASBERG
                                                   United States District Judge

Date:  December 2, 2014