UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and RYAN NOAH SHAPIRO,<br><br>   Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:14-cv-01056 (JEB)<br>)<br>)<br>)<br>)<br>)<br>) |

## GOVERNMENT'S STATUS REPORT

Pursuant to the Court's Order of January 7, 2015, the Central Intelligence Agency ("CIA" or "Agency") respectfully submits the following status report:

1. The CIA has located approximately 662 documents through office searches. These documents have not yet been reviewed to eliminate duplicate documents.

2. The CIA has located approximately 4,000 documents through email searches. The duplicates have already been eliminated from these documents.

3. The Agency is continuing to scan documents into the database that is used for review and release determinations, and is in the process of conducting several follow-up searches. The results of the follow-up searches have not yet been received or reviewed.


Dated: February 24, 2015

          Respectfully submitted,

          JOYCE R. BRANDA
          Acting Assistant Attorney General

          RONALD C. MACHEN, Jr.

2

United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division

  /s/ Vesper Mei
VESPER MEI (D.C. Bar 455778)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 514-4686
Fax:  (202) 616-8470
E-mail: vesper.mei@usdoj.gov

*Counsel for the Government*