# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and RYAN NOAH SHAPIRO,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>    Defendant. | Civil Action No. 1:14-cv-01056 (JEB) |

## GOVERNMENT'S STATUS REPORT

Undersigned counsel, recently assigned to this matter, realizes that the Defendant's Status Report in this matter was due July 10, 2015, pursuant to the Court's Order of January 7, 2015, which required submission of a status report every 45 days. The error is mine, and I apologize for the oversight and for any inconvenience. The inadvertent delay does not affect any other existing deadlines. Defendant, the Central Intelligence Agency ("CIA" or "Agency"), respectfully submits the following status report:

1. The CIA has completed its searches for documents.

2. The CIA anticipates that it will complete processing of responsive records and to produce any responsive, non-exempt records subject to FOIA on or before July 20, 2015.

3. The undersigned anticipates meeting and conferring with Plaintiff's counsel to discuss next steps in advance of the status conference scheduled for August 12, 2015.

Dated: July 16, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

VINCENT H. COHEN, Jr.
Acting United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division

   */s/ Amy E. Powell*
AMY E. POWELL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C.  20044
Telephone:  (202) 514-9836
Fax:  (202) 616-8517
E-mail: amy.powell@usdoj.gov

*Counsel for the Government*