# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jason Leopold, et al.
                    Plaintiff

vs.                                   Civil Action No. 14-1056-JEB

Central Intelligence Agency
                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this   2nd   day of   May   , 20 16   , that

Plaintiffs Jason Leopold and Ryan Noah Shapiro

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   8th   day of   April   , 20 16

in favor of   Defendant

against said   Plaintiffs

                                        /s/ Jeffrey L. Light
                                        Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Amy E. Powell
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530